UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HUNTER GREEN,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>    Defendants. | Case No. 21-cv-02387-RS<br><br>**SCHEDULING ORDER AND ORDER TO SHOW CAUSE** |

Plaintiff's Complaint was dismissed on February 22, 2022, with leave to amend. However, no deadline for leave to amend was set. Plaintiff is hereby given 30 days to file an amended complaint. If an amended complaint is not filed by that date, the parties are ordered to appear on **May 26, 2022, at 1:30 p.m.,** at the Court's Civil Law and Motion calendar to be held via Zoom Webinar, and show cause why the case should not be dismissed for failure to prosecute. Any filings in support of or opposition to dismissal for failure to prosecute must be filed by May 19, 2022. Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: April 15, 2022

_____
Richard Seeborg
Chief United States District Judge