United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY HUNTER GREEN,

    Plaintiff,

    v.

COSTCO WHOLESALE CORPORATION, et al.,

    Defendants.

Case No. 21-cv-02387-RS

**ORDER TO SHOW CAUSE**

On August 31, 2023, Plaintiff counsel's motion to withdraw was granted. Plaintiff is now ordered to show cause by filing a statement in ECF that she intends to appear *pro se* or appointing new counsel to appear on her behalf. Plaintiff must appear within 30 days of the signing of this order, or her case will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: October 10, 2023

_____
RICHARD SEEBORG
Chief United States District Judge