UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY HUNTER GREEN,<br><br>  Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP., ET AL.,<br><br>  Defendants. | Case No. 3:21-cv-02387-RS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff in the above-entitled matter, which was stayed pending arbitration in May 2022, having failed to advise the court whether arbitration is ongoing or completed, and Defendant having previously requested dismissal for lack of prosecution,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held January 9, 2023. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 3, 2024

_____
RICHARD SEEBORG
Chief United States District Judge